UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM A. SASSMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor of California, et al.,<br><br>　　　　Defendants. | No. 2:14-cv-01679-MCE-KJN<br><br><br>**NON-RELATED CASE ORDER** |
| RALPH COLEMAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor of California, et al.,<br><br>　　　　Defendants. | No. 2:90-cv-00520-LKK-DAD |

　　　　The court has received the Notice of Related Cases concerning the above-captioned cases filed July 16, 2014. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated:  August 20, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT