GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:      ggrunfeld@rbgg.com
            bthompson@rbgg.com
            vswearingen@rbgg.com

JESSE STOUT – 284544
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, California 94102
Telephone:  (415) 255-7036
Facsimile:  (415) 552-3150
Email:      jesse@prisonerswithchildren.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM A. SASSMAN,<br><br>   Plaintiff,<br><br> v.<br><br>EDMUND G. BROWN, JR. Governor of California, and JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation, in their official capacities, and DOES 1-10,<br><br>   Defendants. | Case No. 2:14-cv-01679-MCE-KJN<br><br>**STIPULATION AND ORDER**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Crtrm: 7, 14th Floor<br><br>Trial Date:   None Set |

1  WHEREAS, the Court entered its Memorandum and Order (Dkt. No. 77) granting
2  summary judgment for Plaintiff William Sassman ("Plaintiff") on September 9, 2015, and
3  issued a Judgment (Dkt. No. 78) in favor of Plaintiff on that same date; and
4  WHEREAS, Federal Rule of Civil Procedure 54 and Local Rules 292(b) and 293(a)
5  require submission of costs and attorneys' fees within 14 and 28 days, respectively; and
6  WHEREAS, the parties to the above-captioned case, through their counsel of
7  record, have agreed to a 60-day extension of time in which to submit an application for
8  attorneys' fees, and have agreed to an extension of time for the submission of costs for the
9  same date;
10  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
11  between the parties, through their counsel of record, that Plaintiff shall have an extension
12  of time up to and including December 4, 2015, in which to submit an application for
13  attorneys' fees and costs. By entering into this stipulation, Defendants do not waive their
14  right to appeal or the right to object to costs or attorneys' fees.
15  IT IS SO STIPULATED.
16
17  DATED: September 21, 2015        ROSEN BIEN GALVAN & GRUNFELD LLP
18                                  By:  */s/ Gay Crosthwait Grunfeld*
19                                       Gay Crosthwait Grunfeld
20                                  Attorneys for Plaintiff
21
22  DATED: September 21, 2015        KAMALA D. HARRIS
                                    Attorney General of California
23
24                                  By:  */s/ Martine N. D'Agostino*
                                         Martine N. D'Agostino
25                                       Deputy Attorney General
26                                  Attorneys for Defendants
                                    Edmund G. Brown Jr. and Jeffrey A. Beard, Ph.D.
27
28

**ORDER**

The Court, having reviewed the above stipulation of the parties, and good cause appearing, hereby orders that the deadline for Plaintiff to file his application for attorneys' fees and costs is hereby extended up to and including December 4, 2015.

IT IS SO ORDERED.

Dated: September 25, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT