GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104
Email:       ggrunfeld@rbgg.com
             bthompson@rbgg.com
             vswearingen@rbgg.com

CAROL STRICKMAN – 078341
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, California  94102
Telephone:   (415) 255-7036
Facsimile:   (415) 552-3150
Email:       carol@prisonerswithchildren.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM A. SASSMAN, <br><br> Plaintiff, <br><br> v. <br><br> EDMUND G. BROWN, JR. Governor of California, and JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation, in their official capacities, and DOES 1-10, <br><br> Defendants. | Case No. 2:14-cv-01679-MCE-KJN <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEE APPLICATION** <br><br> Judge:   Hon. Morrison C. England, Jr. <br> Crtrm:   7, 14th Floor <br><br> Trial Date:      None Set |

1   WHEREAS, the Court entered its Memorandum and Order (Dkt. No. 77) granting

2   summary judgment for Plaintiff William Sassman ("Plaintiff") on September 9, 2015, and

3   issued a Judgment (Dkt. No. 78) in favor of Plaintiff on that same date; and

4   WHEREAS, on September 28, 2015, per the parties' stipulation, the Court ordered

5   that the deadline for Plaintiff to file his application for attorneys' fees and costs be set for

6   December 4, 2015 (Dkt No. 82);

7   WHEREAS, the parties have begun negotiations regarding a potential settlement of

8   Plaintiffs' attorneys' fees and costs, which could obviate the need for the Court to

9   adjudicate a fee motion in this case.  However, the parties do not believe that the

10  December 4, 2015 deadline will provide sufficient time for a formal resolution to be

11  reached to avoid the need for Plaintiff to prepare his application; and

12  WHEREAS, the parties to the above-captioned case, through their counsel of

13  record, have therefore agreed to a short extension of the time to submit an application for

14  attorneys' fees and costs, in an effort to attempt to resolve this matter without the need for

15  a fee application to the Court;

16  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

17  between the parties, through their counsel of record, that Plaintiff shall have an extension

18  of time up to and including January 11, 2016, in which to submit an application for

19  attorneys' fees and costs. By entering into this stipulation, Defendants do not waive their

20  right to appeal or the right to object to costs or attorneys' fees.

21  IT IS SO STIPULATED.

22

23  DATED: November 19, 2015          ROSEN BIEN GALVAN & GRUNFELD LLP

24                                    By:  */s/ Gay Crosthwait Grunfeld*

25                                         Gay Crosthwait Grunfeld

26                                    Attorneys for Plaintiff

27

28

1   DATED: November 19, 2015          KAMALA D. HARRIS
2                                     Attorney General of California

3                                     By:  */s/ Martine N. D'Agostino*
4                                          Martine N. D'Agostino
                                           Deputy Attorney General
5
6                                     Attorneys for Defendants
                                      Edmund G. Brown Jr. and Jeffrey A. Beard, Ph.D.
7

8                                     **ORDER**

9        The Court, having reviewed the above stipulation of the parties, and good cause

10  appearing, hereby orders that the deadline for Plaintiff to file his application for attorneys'

11  fees and costs is hereby extended up to and including January 11, 2016.

12       IT IS SO ORDERED.

13  Dated:  November 30, 2015

14

15                                    _____
                                      MORRISON C. ENGLAND, JR., CHIEF JUDGE
16                                    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28