GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California 94105-2235
Telephone: (415) 433-6830
Facsimile: (415) 433-7104
Email: ggrunfeld@rbgg.com
        bthompson@rbgg.com
        vswearingen@rbgg.com

CAROL STRICKMAN – 078341
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, California 94102
Telephone: (415) 255-7036
Facsimile: (415) 552-3150
Email: carol@prisonerswithchildren.org

Attorneys for Plaintiff

FILED
JAN -7 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM A. SASSMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EDMUND G. BROWN, JR. Governor of California, and JEFFREY A. BEARD, Secretary of the California Department of Corrections and Rehabilitation, in their official capacities, and DOES 1-10,<br><br>　　　　Defendants. | Case No. 2:14-cv-01679-MCE-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEE APPLICATION**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Crtrm: 7, 14th Floor |

1   WHEREAS, the Court entered its Memorandum and Order (Dkt. No. 77) granting
2   summary judgment for Plaintiff William Sassman ("Plaintiff") on September 9, 2015, and
3   issued a Judgment (Dkt. No. 78) in favor of Plaintiff on that same date; and

4   WHEREAS, on December 1, 2015, per the parties' stipulation, the Court ordered
5   that the deadline for Plaintiff to file his application for attorneys' fees and costs be set for
6   January 11, 2016 (Dkt No. 98);

7   WHEREAS, the parties are currently negotiating regarding a potential settlement of
8   Plaintiff's attorneys' fees and costs, which could obviate the need for the Court to
9   adjudicate a fee motion in this case. However, the parties do not believe that the
10  January 11, 2016 deadline will provide sufficient time for a formal resolution to be reached
11  to avoid the need for Plaintiff to prepare his application; and

12  WHEREAS, the parties to the above-captioned case, through their counsel of
13  record, have therefore agreed to a short extension of the time to submit an application for
14  attorneys' fees and costs, in an effort to attempt to resolve this matter without the need for
15  a fee application to the Court;

16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that Plaintiff shall have an extension of time up to and including February 10, 2016, in which to submit an application for attorneys' fees and costs. By entering into this stipulation, Defendants do not waive their right to appeal or the right to object to costs or attorneys' fees.

IT IS SO STIPULATED.

DATED: December 22, 2015     ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiff

DATED: December 22, 2015     KAMALA D. HARRIS
Attorney General of California

By: */s/ Martine N. D'Agostino*
Martine N. D'Agostino
Deputy Attorney General

Attorneys for Defendants
Edmund G. Brown Jr. and Jeffrey A. Beard, Ph.D.

### ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing, hereby orders that the deadline for Plaintiff to file his application for attorneys' fees and costs is hereby extended up to and including February 10, 2016.

IT IS SO ORDERED.

DATED: January 7, 2016

John A. Mendez for Judge England