GAY CROSTHWAIT GRUNFELD – 121944
BLAKE THOMPSON – 255600
VAN SWEARINGEN – 259809
ROSEN BIEN GALVAN & GRUNFELD LLP
50 Fremont Street, 19th Floor
San Francisco, California  94105-2235
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104
Email:  ggrunfeld@rbgg.com
        bthompson@rbgg.com
        vswearingen@rbgg.com

CAROL STRICKMAN – 078341
LEGAL SERVICES FOR PRISONERS WITH CHILDREN
1540 Market Street, Suite 490
San Francisco, California  94102
Telephone:  (415) 255-7036
Facsimile:  (415) 552-3150
Email:  carol@prisonerswithchildren.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM A. SASSMAN,<br><br>Plaintiff,<br><br>v.<br><br>EDMUND G. BROWN, JR. Governor of California, and SCOTT KERNAN,[1] Secretary of the California Department of Corrections and Rehabilitation, in their official capacities, and DOES 1-10,<br><br>Defendants. | Case No. 2:14-cv-01679-MCE-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE FEE APPLICATION**<br><br>Judge:  Hon. Morrison C. England, Jr.<br>Crtrm:  7, 14th Floor |

---

[1] Under Federal Rule of Civil Procedure 25(d), Defendants substitute current CDCR Secretary Scott Kernan for Jeffrey Beard, who was named as a Defendant in his official capacity.

1   WHEREAS, the Court entered its Memorandum and Order (Dkt. No. 77) granting
2 summary judgment for Plaintiff William Sassman ("Plaintiff") on September 9, 2015, and
3 issued a Judgment (Dkt. No. 78) in favor of Plaintiff on that same date; and
4   WHEREAS, on January 7, 2016, per the parties' stipulation, the Court ordered that
5 the deadline for Plaintiff to file his application for attorneys' fees and costs be set for
6 February 10, 2016 (Dkt No. 102);
7   WHEREAS, the parties are in the final stages of negotiating a resolution regarding
8 Plaintiffs' fees and costs, which would obviate the need for the Court to adjudicate a fee
9 motion in this case.  However, the parties do not believe that the February 10, 2016
10 deadline will provide sufficient time for a formal resolution to be reached to avoid the need
11 for Plaintiff to prepare his application; and
12   WHEREAS, the parties to the above-captioned case, through their counsel of
13 record, have therefore agreed to a short extension of the time to submit an application for
14 attorneys' fees and costs, in an effort to attempt to resolve this matter without the need for
15 a fee application to the Court;
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel of record, that Plaintiff shall have an extension of time up to and including March 11, 2016, in which to submit an application for attorneys' fees and costs.  By entering into this stipulation, Defendants do not waive their right to appeal or the right to object to costs or attorneys' fees.

IT IS SO STIPULATED.

DATED: January 29, 2016     ROSEN BIEN GALVAN & GRUNFELD LLP

By: */s/ Gay Crosthwait Grunfeld*
Gay Crosthwait Grunfeld

Attorneys for Plaintiff

DATED: January 29, 2016     KAMALA D. HARRIS
Attorney General of California

By: */s/ Jay C. Russell*
Jay C. Russell
Supervising Deputy Attorney General

Attorneys for Defendants
Edmund G. Brown Jr. and Scott Kernan

### ORDER

The Court, having reviewed the above stipulation of the parties, and good cause appearing, hereby orders that the deadline for Plaintiff to file his application for attorneys' fees and costs is hereby extended up to and including March 11, 2016.

IT IS SO ORDERED.

Dated:  February 2, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT